Ida E. Burnett and S. J. Burnett, her husband, and J. A. Carlisle, as Trustee, Appellants, vs. Thomas V. Porter, Appellee.

### DIVISION B.

Appeal to the Circuit Court, Alachua county; William A. Hocker, Judge.

*W. W. Hampton,* for Appellants.

*Evans Haile,* for Appellee.

The bill in this cause was filed by the appellee against the appellants. There were decrees for the complainant, and the defendants appeal. The decrees are affirmed.

Decision Per Curiam.

Pat Chappel, Plaintiff in Error, vs. J. E. T. Bowden, Defendant in Error.

### DIVISION A.

Writ of error to Circuit Court, Duval county; R. M. Call Judge.

*Geo. U. Walker,* for Plaintiff in Error.

*Clark & Gibbons,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.